**DISMISS and Opinion Filed February 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00099-CV**

**IN THE INTEREST OF I.E.E., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-16531**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

The Court has before it (1) appellant's February 19, 2020 motion to dismiss the appeal in which he states his notice of appeal was filed by mistake or accident and (2) appellee's February 5, 2020 motion for involuntary dismissal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1. We deny appellee's motion as moot

.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200099F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF I.E.E., A CHILD,

No. 05-20-00099-CV       V.

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-16531.
Opinion delivered by Justice Reichek;
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 27, 2020.